IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**CHASE MULLINS**  **PLAINTIFF**
**ADC #176271**

v.                            No: 4:20-cv-01131-LPR

**BILL GILKY**  **DEFENDANT**

## ORDER

The Court has reviewed the Proposed Findings and Recommendation submitted by United States Magistrate Judge Patricia S. Harris. (Doc. 7). No objections have been filed. After a careful and *de novo* review of the Proposed Findings and Recommendation and record, the Court concludes that the Proposed Findings and Recommendation should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT Mullins' complaint (Doc. No. 1) is dismissed without prejudice.

Dated this 28th day of April 2021.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE