IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

CHASE MULLINS                                                                                         PLAINTIFF
ADC #176271

v.                                        No: 4:20-cv-01131-LPR

BILL GILKY                                                                                            DEFENDANT

## JUDGMENT

Pursuant to the Order filed this date, it is considered, ordered, and adjudged that Plaintiff Chase Mullins' Complaint is dismissed without prejudice.

IT IS SO ADJUDGED 28th day of April 2021.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE